UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In the Matter of the Complaint

        Of

ROBERT D. BROWN, as Owner of a 2020 42'
BLUEGAME (HIN: BGM420161920) FOR Exoneration
from or Limitation of Liability

-------------------------------------------------------------------X
BILLY SALAZAR and INGRID SALAZAR,

                            Plaintiffs,

     -against-

PAT MALLOY WATERFRONT, LLC d/b/a MALLOY'S
WATERFRONT MARINA, MALLOY ENTERPRISES,
INC., COSTELLO'S MARINE CONTRACTING
CORPORATION,  and COSTELLO MARINE SERVICES,
INC.,
                         Defendants.
-------------------------------------------------------------------X

**STIPULATION TO
CONSOLIDATE**

Action # 1

Index No.: 2:20-CV-04629


Action # 2

Index No.: 2:21-CV-04425

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

attorneys for all parties to the above-entitled actions, that Action No. 1 and Action No. 2 be and

hereby are consolidated for discovery only from this time  forward; and

       IT IS FURTHER STIPULATED AND AGREED, by and between the same undersigned

attorneys, that the action shall read as follows:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
In the Matter of the Complaint

                                                          Index No. 2:20-cv-04629

        Of

ROBERT D. BROWN, as Owner of a 2020 42'
BLUEGAME (HIN: BGM420161920) FOR Exoneration
from or Limitation of Liability

-------------------------------------------------------------------------X
BILLY SALAZAR and INGRID SALAZAR,

                         Plaintiffs,

      -against-

PAT MALLOY WATERFRONT, LLC d/b/a MALLOY'S
WATERFRONT MARINA, MALLOY ENTERPRISES,
INC., COSTELLO'S MARINE CONTRACTING
CORPORATION, and COSTELLO MARINE SERVICES,
INC.,
                         Defendants.
-------------------------------------------------------------------------X

Dated:      FARMINGDALE, NY
           September 21, 2021


GUERRIC S.D.L. RUSSELL, ESQ.
JOHN J. HESSION, ESQ.
NICOLETTI, HORNIG & SWEENEY
Attorneys for Petitioner/Defendant
ROBERT BROWN
88 Pine Street, 7th Floor
New York, NY 10005
212-220-3826
grussell@nicolettihornig.com
jhession@nicolettihornig.com

EVELYN GROSS, ESQ.
GREY & GREY, LLP
Attorneys for Plaintiffs/Respondent
BILLY SALAZAR and INGRID
SALAZAR
360 Main Street
Farmingdale, NY 11735
(516) 249-1342
Our File No: 20-0065
egross@greyandgrey.com

s/ Richard A Harris

RICHARD A. HARRIS, ESQ.
LAW OFFICES OF ERIC D. FELDMAN
Attorneys for Claimants
PAT MALLOY WATERFRONT, LLC
And MALLOY ENTERPRISES, INC.
2 Corporate Center Drive, Suite 300
Melville, New York 11747
631-501-3009
Rharris1@travelers.com

s/ Joseph R. Federici

JOSEPH R. FEDERICI, ESQ.
LAW OFFICES OF VICTORIA
TURCHETTI, ESQ.
Attorneys for Defendants
COSTELLO'S MARINE
CONTRACTING CORPORATIONand
COSTELLO MARINE SERVICES, INC.
One State Street Plaza, 31st Floor
New York, NY 10004
212-440-6570
jfederici@intactinsurance.com

SO ORDERED BY THIS COURT, this
____21stDay of October, 2021:

/s/ Joan M. Azrack
_____
UNITED STATES DISTRICT JUDGE