# **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
EASTERN District of New York

Index Number: 2:20-CV-04629　　　　　　　　　　　　　　　　　　　　　　　Date Filed: _____

Plaintiff:
**ROBERT D BROWN**

vs.

Defendant:
**BILLY SALAZAR, ET., AL.**

For:
JOHN J HESSION, ESQ.
NICOLETTI HORNIG & SWEENEY
WALL STREET PLAZA
88 PINE STREET 7 FLOOR
NEW YORK, NY 10005-1801

Received by ACCURATE SUPPORT RESOURCES on the 26th day of January, 2022 at 9:00 am to be served on **SAN LORENZO AMERICAS, 1515 SE 17 STREET, FT LAUDERDALE, FL 33316**.

I, Richard Lang, do hereby affirm that on the **27th day of January, 2022** at **1:55 pm, I:**

Served the within named corporation by delivering a true copy of the **SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION** with the date and hour of service endorsed thereon by me to BARBARA TITO as CHIEF FINANCIAL OFFICER of the within named corporation, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in Broward County, Florida, the County in which this process was served. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true.

Richard Lang
Sps #259

**ACCURATE SUPPORT RESOURCES**
P.O. Box 350096
Ft. Lauderdale, FL 33335
(954) 761-9977

Our Job Serial Number: ARL-2022000063

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1x