UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X
In the Matter of the Complaint of

ROBERT D. BROWN, as Owner of a 2020 42'
BLUEGAME (HIN: BGM420161920) for Exoneration
from or Limitation of Liability
------------------------------------------X
BILLY SALAZAR and INGRID SALAZAR,

                          Plaintiffs,

                      -against-

PAT MALLOY WATERFRONT, LLC d/b/a
MALLOY'S WATERFRONT MARINA, MALLOY
ENTERPRISES, INC., COSTELLO'S MARINE
CONTRACTING CORPORATION, and COSTELLO
MARINE SERVICES, INC,

                         Defendants.
------------------------------------------X

**ORDER**
20-CV-4629 (JMA) (ARL)

**AZRACK, UNITED STATES DISTRICT JUDGE:**

    On January 11, 2022, Billy Salazar and Ingrid Salazar filed a motion to amend their answer and counterclaim to allege unseaworthiness. On June 2, 2022, Magistrate Judge Arlene R. Lindsay issued a Report and Recommendation (the "R&R") which recommends that the motion be granted.

    In reviewing a magistrate judge's report and recommendation, the court must "make a de novo determination of those portions of the report or . . . recommendations to which objection[s][are] made." 28 U.S.C. § 636(b)(1)(C); see also Brown v. Ebert, No. 05–CV–5579, 2006 WL 3851152, at *2 (S.D.N.Y. Dec. 29, 2006). The court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). Those portions of a report and recommendation to which there is no specific reasoned objection are reviewed for clear error. See Pall Corp. v. Entegris, Inc., 249 F.R.D. 48, 51 (E.D.N.Y. 2008).

1

To date, no objections have been filed to the R&R and the deadline for filing any such objections has passed. I have reviewed Judge Lindsay's R&R for clear error, and finding none, I adopt the R&R in its entirety as the opinion of this Court. Accordingly, the motion to amend is GRANTED.

**SO ORDERED.**

Dated: June 28, 2022
Central Islip, New York

                    /s/ (JMA)
                  JOAN M. AZRACK
                  UNITED STATES DISTRICT JUDGE